**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

March 23, 2015

Hon. Bennett Stahl
One Riverwalk Place, Suite 1800
700 N. St. Mary's Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Jonathan Pauerstein
755 E Mulberry Ave, Suite 200
San Antonio, TX 78212-4285
* DELIVERED VIA E-MAIL *

Hon. Steven J. Pawlowski
Shackelford, Melton & McKinley, LLP
3333 Lee Parkway, Tenth Floor
Dallas, TX 75231
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00713-CV
Tr.Ct.No.  45,434
Style:    Arcturus Corporation v. Espada Operating, LLC, Bengal Energy, L.P., Lee
          Roy Billington, Rodney Rolston and Mitchell K. Michelson

On February, 18, 2015, this Court ordered the parties to mediation. Parties were to inform the Court in writing within seven days of the mediator chosen. This information is now overdue. If the Court does not receive this information in seven days from the date of this correspondence then it will proceed to appoint a mediator.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch